**Roland DAVIS, Plaintiff/Appellant,**

v.

**CITY OF ST. LOUIS, Defendant/Respondent.**

**No. ED 82170.**

Missouri Court of Appeals,
Eastern District.
Division Three.

July 22, 2003.

Roland Davis, Licking, pro se.

Patricia A. Hageman, Edward J. Hanlon, St. Louis, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Roland Davis appeals from the judgment dismissing his negligence action. He asserts that the statute of limitations should not apply. No error of law appears and an opinion would have no precedential value. The parties have, however, been furnished with a memorandum for their information only, which sets forth the facts and reasons for this order.